# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STEPHANIE DHONDT, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DEKALB, INC. d/b/a SIGGERS HAIRDRESSERS; JOHN SIGGERS, Individually; CAROL SIGGERS, Individually; and SIGGERS REAL ESTATE HOLDINGS, LLC, <br><br> Defendants. | CIVIL ACTION NUMBER: <br><br> 1:25-CV-05232-SDG-RGV |

## NOTICE OF WITHDRAWAL OF DENISE E. WEINER JULIANNA LEDDEN, AND SARAH V. MARTIN AS COUNSEL FOR DEFENDANTS

Pursuant to Local Rule 83.1(E)(4) for the Northern District of Georgia, Denise E. Weiner, Julianna Ledden, and Sarah V. Martin hereby file this Notice of withdraw as counsel for Defendants in this action. Attorneys Russell A. Britt and Henry M. Cleland will serve as new counsel for Defendants[1]. All other counsel who have filed appearances in this case will remain active at this time.

Respectfully submitted this 25th day of February, 2026.

---

[1] Substitute counsel has filed an entry of appearance contemporaneously with this withdrawal.

- 2 -

|  |  |
|---|---|
|  | **HALL BOOTH SMITH, P.C.** |
|  | */s/ Denise E. Weiner* |
|  | _____ |
| 191 Peachtree Street, NE, Suite 2900 | Denise E. Weiner |
| Atlanta, Georgia  30303 | Georgia Bar No. 746210 |
| Phone:  (404) 954-5000 | Julianna Ledden |
| Fax:  (404) 954-5020 | Georgia Bar No. 482872 |
| dweiner@hallboothsmith.com | Sarah V. Martin |
| jledden@hallboothsmith.com | Georgia Bar No. 2277171 |
| sarahmartin@hallboothsmith.com | *Attorneys for Defendants* |

- 3 -

## CERTIFICATE UNDER L.R.7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendants certifies that the above and foregoing pleading is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1.

Respectfully submitted, this 25th day of February, 2026.

                                         **HALL BOOTH SMITH, P.C.**

                                         */s/ Denise E. Weiner*

                                         _____

| | |
|---|---|
| 191 Peachtree Street, NE, Suite 2900 | Denise E. Weiner |
| Atlanta, Georgia  30303 | Georgia Bar No. 746210 |
| Phone:  (404) 954-5000 | Julianna Ledden |
| Fax:  (404) 954-5020 | Georgia Bar No. 482872 |
| dweiner@hallboothsmith.com | *Attorneys for Defendants* |
| jledden@hallboothsmith.com | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| STEPHANIE DHONDT, | |
| Plaintiff, | |
| v. | CIVIL ACTION NUMBER: |
| JOHN DEKALB, INC. d/b/a SIGGERS HAIRDRESSERS; JOHN SIGGERS, Individually; CAROL SIGGERS, Individually; and SIGGERS REAL ESTATE HOLDINGS, LLC, | 1:25-CV-05232-SDG-RGV |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed a copy of the foregoing **NOTICE OF WITHDRAWAL OF DENISE E. WEINER, JULIANNA LEDDEN, AND SARAH V. MARTIN AS COUNSEL FOR DEFENDANTS** using the Court's ECF/CM E-file system, and/or by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage affixed thereto, addressed as follows:

- 5 -

Rachel Berlin Benjamin, Esq.
Andrew M. Beal, Esq.
BEAL SUTHERLAND BERLIN & BROWN
2200 Century Parkway, Suite 100
Atlanta, GA 30345
rachel@beal.law
drew@beal.law
*Attorneys for Plaintiff*

Dated this 25th day of February, 2026.

**HALL BOOTH SMITH, P.C.**

*/s/ Denise E. Weiner*
_____

| | |
|---|---|
| 191 Peachtree Street, NE, Suite 2900 | Denise E. Weiner |
| Atlanta, Georgia  30303 | Georgia Bar No. 746210 |
| Phone:  (404) 954-5000 | Julianna Ledden |
| Fax:  (404) 954-5020 | Georgia Bar No. 482872 |
| dweiner@hallboothsmith.com | *Attorneys for Defendants* |
| jledden@hallboothsmith.com | |